FILED

08 FEB 26 AM 11: 56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELENA CAROLINA GARCIA-ROMERO<br><br>Defendant. | Criminal Case No. 08-MJ-0461<br><br>ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was scheduled for February 22, 2008, to determine whether defendant, Elena Caroline Garcia-Romero, (the "Defendant") should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter.  Special Assistant U.S. Attorney Carlos O. Cantu appeared on behalf of the United States.  Attorney Michael Littman, appeared on behalf of Defendant.

At the hearing on February 22, 2008, Defendant knowingly and voluntarily waived her right, on the record and in the presence of counsel, to the setting of bail and a detention hearing. Based on that waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

//

1    **<u>ORDER</u>**

2        IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if

3    convicted, sentencing in these matters.

4        IT IS FURTHER ORDERED that the Defendant be committed to the custody of the

5    Attorney General or his designated representative for confinement in a corrections facility

6    separate, to the extent practicable, from persons awaiting or serving sentences or being held in

7    custody pending appeal.  The Defendant shall be afforded reasonable opportunity for private

8    consultation with counsel.

9        While in custody, upon order of a court of the United States or upon the request of an

10   attorney for the United States, the person in charge of the correctional facility shall deliver the

11   Defendant to the United States Marshal for the purpose of an appearance in connection with a

12   court proceeding or any other appearance stipulated to by defense and government counsel.

13       This order is made without prejudice to modification by this Court and without

14   prejudice to the Defendant's exercise of his right to and a detention hearing at a future date.

15       IT IS SO ORDERED.

16

17   Dated: 2/26/08

18   WILLIAM MCCURINE, JR.
     United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28                                 2