FILED

MAR 20 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0809-H |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and |
| ) | 960 - Importation of |
| ELENA CAROLINA GARCIA-ROMERO, ) | Methamphetamine (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about February 16, 2008, within the Southern District of California, defendant ELENA CAROLINA GARCIA-ROMERO, did knowingly and intentionally import approximately 50 grams or more, to wit: approximately 8.2 kilograms (18.04 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
3/2/08