KAREN P. HEWITT
United States Attorney
GREGORY F. NOONAN
Assistant U.S. Attorney
California State Bar No. *Pending*
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619 557-5790   (Telephone)/619 557-5551 (Fax)
Email: gregory.noonan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELENA CAROLINA GARCIA-ROMERO, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No.   08CR0809-H <br><br> NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

    1.    None.

//

//

//

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    1.    James P. Melendres.

Please feel free to call me if you have any questions about this notice.

DATED: May 13, 2008.

    KAREN P. HEWITT
    United States Attorney

    <u>s/Gregory F. Noonan</u>
    GREGORY F. NOONAN
    Assistant U.S. Attorney

Notice of Appearance    08CR0809-H
United States v. Elena Carolina Garcia-Romero

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.  08CR0238-IEG |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ELENA CAROLINA GARCIA-ROMERO | |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, , am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated May 13, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Michael Littman, Attorney for Defendant Elena Carolina Garcia.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 13, 2008.

    s/Gregory F. Noonan
    GREGORY F. NOONAN
    Assistant U.S. Attorney

Notice of Appearance                         08CR0809-H
United States v. Elena Carolina Garcia-Romero